# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Roberta Harris,                                :
               Petitioner     :
                             :
            v.     :     No. 194 C.D. 2019
                             :
Workers' Compensation Appeal     :
Board (Giant Food Stores),     :
               Respondent     :

**PER CURIAM**                    **O R D E R**

NOW, September 15, 2020, upon consideration of Petitioner's application for reconsideration/reargument, the application is denied.